IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RON KOLESAR, individually and on behalf of all other similarly situated; and BLIND AMBITIONS GROUPS, on behalf of its members and all others similarly situated,<br>Plaintiffs<br><br>v.<br><br>MARQUETTE SAVINGS BANK,<br>Defendant | Case No. 1:12-cv-00281-JFC |

## STIPULATION OF DISMISSAL

Plaintiffs Ron Kolesar and Blind Ambitions Groups ("Plaintiffs"), and Defendant Marquette Savings Bank ("Defendant"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) and Fed. R. Civ. P. 23(e), hereby stipulate to the dismissal of this action, with prejudice as to Plaintiff's claims. No motion for class certification has been filed and no class has been certified in this action. Accordingly, class notice and court approval of the settlement are not required under Fed. R. Civ. P. 23(e).

In accordance with the terms of this Stipulation and their Settlement Agreement, the parties request that the Court dismiss with prejudice Plaintiffs' claims.

By: CARLSON LYNCH LTD

R. Bruce Carlson
bcarlson@carlsonlynch.com
Jamisen A. Etzel
jetzel@carlsonlynch.com
PNC Park
115 Federal Street, Suite 210
Pittsburgh, PA  15212
Telephone: 412-322-9243
Facsimile: 412-231-0246

*Attorneys for Plaintiffs*
*Ron Kolesar and*
*Blind Ambitions Groups*

By: MARSH SPAEDER BAUR
SPAEDER & SCHAAF, LLP

Eugene C. Sundberg, Jr.
esundberg@marshspaeder.com
300 State Street, Suite 300
Erie, Pennsylvania 16507
Telephone: 814-456-5301
Facsimile: 814-456-1112

*Attorneys for Defendant*
*Marquette Savings Bank*